UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DELVIN WIGGINS (#A10985)

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 13-785-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action of United States Magistrate Judge Stephen C. Riedlinger dated January 13, 2014 (doc. no. 15) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(I), and without leave to amend because there is no conceivable, non-frivolous federal claim the plaintiff could assert against these defendants consistent with the facts alleged in his complaint.

Baton Rouge, Louisiana, February 12th, 2014.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA